UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO.  1:18-cr-213 |
|---|---|---|
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER ON VIOLATION OF |
| | ) | CONDITIONS OF SUPERVISED |
| | ) | RELEASE |
| ELIAS REYES, | ) | |
| | ) | |
| DEFENDANT. | ) | |

A Violation Report was filed in this case on May 8, 2024. The Court referred this matter to Magistrate Judge Carmen E. Henderson to conduct appropriate proceedings and to file a report and recommendation. Magistrate Judge Henderson reported that a supervised release violation hearing was held on June 4, 2024. The defendant admitted to the following violation:

1. New Law Violation.

The magistrate judge filed a report and recommendation on June 4, 2024, in which the magistrate judge recommended that the Court find that the defendant has violated the conditions of his supervised release as set forth in violation number 1.

A final supervised release violation hearing was conducted on August 1, 2024. Present were the following: Assistant United States Attorney Peter Daly, representing the United States; Assistant Federal Public Defender Darin Thompson, representing the defendant; the defendant Elias Reyes, and United States Probation Officer Jillian Gibson.

No objections were filed to the report and recommendation of the magistrate judge. Upon review, the Court adopts the report and recommendation of the magistrate judge and finds the defendant to be in violation of the terms and conditions of his supervised release as set forth in violation number 1.

IT IS ORDERED that the defendant's supervised release shall be modified, and the defendant is to remain on supervised release with the same terms and conditions as previously imposed, with the following additional condition:

**Community Service**: You must complete 40 hours of community service prior to the conclusion of your supervised release at the discretion of, and as directed by, your probation officer. Your probation officer will supervise your participation in the program by approving the program (agency, location, frequency of participation, etc.). You must provide written verification of completed hours to the probation officer.

**IT IS SO ORDERED**.

Dated: August 1, 2024

                                                **HONORABLE SARA LIOI**
                                                **CHIEF JUDGE**
                                                **UNITED STATES DISTRICT COURT**